PROB 22
(Rev. 2/88)

# TRANSFER OF JURISDICTION

| | |
|---|---|
| CASE NUMBER (TRANS. COURT) | 4:96-CR-169-Y(01) |
| CASE NUMBER (REC. COURT) | |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Paul Nickerson, Jr.<br>300 Broadway<br>Pawtucket, Rhode Island 02860 | Northern District of Texas | Fort Worth |
| | NAME OF SENTENCING JUDGE: U.S. District Judge Terry R. Means | |
| | DATES OF PROBATION/ SUPERVISED RELEASE — FROM: 8/8/03 | TO: 8/7/06 |

OFFENSE
Bank Robbery, 18 USC § 2113

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
NOV - 4 2003
CLERK, U.S. DISTRICT COURT
By ______
Deputy

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE **Northern** DISTRICT OF **Texas**

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the District of Rhode Island upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

9-18-03
Date

Terry R. Means
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF **Rhode Island**

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

10/14/03
Effective date

Ernest C. Torres
United States District Judge

Certified a true copy of an instrument on file in my office on 11-17-03
Clerk, U.S. District Court,
Northern District of Texas
By ______ Deputy