12-11-96
ctj
ctagencies

ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

DEC 10 1996

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| vs. | * | Cause No. 4:96-CR- - |
| | * | 4-96CR-0169Y |
| **PAUL NICKERSON, Jr.** (1) | * | |

The Grand Jury charges:

On or about October 28, 1996, in the Fort Worth Division of the Northern District of Texas, **PAUL NICKERSON, Jr.**, defendant, did intentionally and knowingly, by force, violence and intimidation take and attempt to take from the person and presence of Corina Millar approximately $3,370.00, money and property belonging to and in the care custody, control, management and possession of a bank, that is, BANK ONE, TEXAS, 1601 West Randol Mill Road, Arlington, Texas, a bank, the deposits of which were then insured by the Federal Deposit Insurance Corporation.

In violation of Title 18, United States Code, Section 2113.

A TRUE BILL

FOREMAN OF THE GRAND JURY

PAUL E. COGGINS
UNITED STATES ATTORNEY

J. Michael Worley
Assistant United States Attorney
Sate Bar of Texas #22001400
Suite 1700, 801 W. Cherry Street
Fort Worth, Texas 76102
Telephone: 817-978-3291



Certified a true copy of an instrument on file in my office on 11-17-05
Clerk, U.S. District Court,
Northern District of Texas
By Deputy

12

4-96CR-0169Y

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF TEXAS

FORT WORTH DIVISION

THE UNITED STATES OF AMERICA

VS.

PAUL NICKERSON, JR. (1)

18 USC 2113

BANK ROBBERY

(1 COUNT)

A true bill,

------------------------------------------------

Fort Worth FOREMAN

Filed in open Court this 10 day of December,
A.D. 1996.

------------------------------------------------

CLERK

IN CUSTODY

Terry R. Means

------------------------------------------------

UNITED STATES DISTRICT JUDGE

COMPLAINT NO. 4:96-224-M