PROB12C
(12/02)

# United States District Court
**for**
## The District of Rhode Island

### Petition for Warrant for Offender Under Supervision

**Name of Offender:** Paul Nickerson, Jr. **Case Number:** 1:03MC00107-01ML

**Name of Sentencing Judicial Officer:** Honorable Terry R. Means

**Assigned Judicial Officer:** Honorable Mary M. Lisi

**Date of Original Sentence:** April 21, 1997

**Original Offense:** Bank Robbery, in violation of Title 18, United States Code § 2113

**Original Sentence:** Ninety-two months imprisonment, three years supervised release, a $100 special assessment and $3,370 restitution. As special conditions, the defendant shall make payments of at least $106 per month towards his restitution obligation; shall refrain from incurring new credit charges or opening additional lines of credit without approval of the probation officer and unless the probation officer makes a determination that the defendant is in compliance with his payment schedule; provide the probation officer with all requested financial information and participate in a program approved by the probation office for treatment of narcotic addiction or drug or alcohol dependency which will include testing for the detection of substance abuse, and contribute to the costs of services rendered (co-payment in an amount to be determined by the probation officer, based on ability to pay or availability of third party payment.)

**Transfer of Jurisdiction:** Jurisdiction was transferred from the Northern District of Texas to the District of Rhode Island on October 14, 2003.

**Type of Supervision:** Supervised Release **Date Supervision Commenced:** August 8, 2003

**Assistant U.S. Attorney:** Kenneth P. Madden **Defense Attorney:** Edward C. Roy

**DEFENDANT HAS PREVIOUS VIOLATION OFFENSES**

**Date of Violation Sentence:** May 4, 2005

**Violation Offense(s):** The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer. The defendant shall participate in an outpatient program approved by the probation office for substance abuse, which program may include testing to determine whether the defendant has reverted to the use of drugs or alcohol. The defendant shall make payments of $106 per month towards his financial obligation to the Court.

**Violation Sentence:** Sixty days imprisonment and 34 months supervised release. As special conditions of supervision, the defendant shall pay restitution in the amount of $1,738 at the rate of at least $60 per month; shall refrain from incurring any new credit charges and is not to open any new credit accounts without the prior approval of the U. S. Probation Office; and shall participate in and satisfactorily complete and inpatient or outpatient program approved by the U.S. Probation Office for treatment of substance abuse which will include testing (up to 72 drug tests per year) for the detection of substance use or abuse.

**Date Supervision Recommenced:** May 19, 2005

---

## PETITIONING THE COURT

☒ To issue a **Warrant**

The probation officer believes that the offender has violated the following conditions of supervision:

| Condition Violated | Nature of Noncompliance |
|---|---|
| **Condition # 2** | **"The defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month."**<br><br>The defendant failed to submit a monthly report for September 2005 which was due by October 5, 2005. |
| **Condition # 3** | **"The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer."**<br><br>On August 19, 2005, Mr. Nickerson was verbally instructed to report to the probation office on August 23, 2005, and failed to do so.<br><br>On September 9, 2005, Mr. Nickerson was provided written instructions to report in person to the probation office on September 13, 2005, and failed to do so.<br><br>On October 20, 2005, Mr. Nickerson was provided written instructions to report in person to the probation office on October 24, 2005, and failed to do so. |
| **Special Condition** | **The defendant shall pay restitution in the amount of $1,738 at the rate of at least $60.00 per month.**<br><br>The defendant has failed to make monthly restitution payments of $60 since June 20, 2005. The principal balance is $1,580. |

**Special Condition** **"The defendant shall participate in an outpatient program approved by the Probation Office for substance abuse, which program may include testing to determine whether the defendant has reverted to the use of drugs or alcohol."**

Mr. Nickerson failed to attend substance abuse treatment as required on July 28, 2005, August 9, 2005, September 2, 2005, September 19, 2005, and October 17, 2005.

The defendant failed to report to the probation office to submit urine screens as required for the Random Urinalysis Screening Program on June 20, 2005; July 18, 2005; August 24, 2005; September 7, 2005; and October 12, 2005.

**U.S. Probation Officer Recommendation:**

It is respectfully recommended that the Court issue a Warrant so that the defendant can appear and answer to the alleged violations.

Reviewed and Approved by:

Kurt E. O'Sullivan
Supervising U.S. Probation Officer

Date: 11/1/05

I declare under the penalty of perjury that the foregoing is true and correct:

Kathleen M. Hopkins
U.S. Probation Officer

Date: 11/1/05

## The Court Orders

- ☐ No Action
- ☑ The Issuance of a Warrant
- ☐ The Issuance of a Summons
- ☐ Other

Honorable Mary M. Lisi
U.S. District Judge

November 7, 2005
Date