993030

AO 442 (Rev. 5/93) Warrant for Arrest

RECEIVED
NOV 07 2005
U.S. MARSHALS SERVICE
DISTRICT OF R.I.

# United States District Court

## *District of Rhode Island*

UNITED STATES OF AMERICA

v.

PAUL NICKERSON, JR.

WARRANT FOR ARREST

CASE NUMBER: 1:05-CR-127-01ML

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest PAUL NICKERSON, JR.
Name

and bring him or her forthwith to the nearest Magistrate Judge to answer a(n)

☐ Indictment ☐ Information ☐ Complaint ☐ Order of Court ☒ Violation Notice ☐ Probation Violation Petition

charging him or her with (brief description of offense)
3583(d) Violation of Supervised Release

in violation of Title 18 United States Code, Section(s) 3583(d)

Barbara L. Barletta
Name of Issuing Officer

Deputy Clerk
Title of Issuing Officer

Barbara Barletta
Signature of Issuing Officer

Providence, RI on November 7, 2005
Date and Location

Bail fixed at $ ______ by ______
Name of Judicial Officer

| RETURN | | |
|---|---|---|
| at Warwick, RI by USMS | | |
| DATE RECEIVED 11/07/2005<br>DATE OF ARREST 11/09/2005 | NAME AND TITLE OF ARRESTING OFFICER C J Wyant SDUSM | SIGNATURE OF ARRESTING OFFICER Chad Wyant |

This form was electronically produced by John Etchells and Richard Jones using Omniform Internet Publisher.