UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA

v. CR 05-127ML

PAUL NICKERSON

ORDER APPOINTING FEDERAL PUBLIC DEFENDER

The financial inability of the defendant to retain counsel having been determined by the Court, it is hereby ORDERED that the Federal Public Defender be appointed to represent said defendant in this cause until further order of the Court.

By Order

Martha Saucier

Deputy Clerk

ENTER:

David L. Martin

David L. Martin
U.S. Magistrate Judge
November 9, 2005

143

SCANNED