UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA :

VS. : 1:05-CR-127ML

PAUL NICKERSON, JR. :

MOTION TO MODIFY SENTENCE

NOW COMES the defendant, Paul Nickerson, Jr. by his attorney and moves this Honorable Court modify his sentence of this Court, which imposed a work release sentence of 9 months work release. The defendant owes approximately $1,500.00 for restitution, and at the present time, is paying $100.00 per month toward the restitution. In addition, due to the work release status of his sentence, the defendant is paying $400.00 per month to the Rhode Island Adult Correctional Institutions. The defendant seeks modification of his sentence to allow for home confinement so that he can pay additional sums toward his restitution and resolve that matter.

Respectfully Submitted,

Edward C. Roy, Jr.
Assistant Federal Defender
Federal Public Defender Office
10 Weybosset Street, Suite 300
Providence, RI 02903
(401) 528-4281

CERTIFICATION

I hereby certify that on this 30th day of June, 2006, I hand-delivered a true copy of the within motion to Zechariah Chafee, AUSA, Office of the United States Attorney, 50 Kennedy Plaza, 8th Floor, Providence, RI 02903; Kate Hopkins, USPO, Exchange Terrace, Providence, RI 02903.