IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA :
:
vs. : 1:05-CR-127ML
:
PAUL NICKERSON, JR. :

GOVERNMENT'S OBJECTION TO DEFENDANT'S
MOTION TO MODIFY SENTENCE

Comes now the United States of America, by and through its attorneys, Robert Clark Corrente, United States Attorney, and Zechariah Chafee, Assistant United States Attorney, and hereby objects to the defendants motion to modify sentence for the reasons set forth in the accompanying memorandum.

Respectfully submitted,

UNITED STATES OF AMERICA,

By its Attorneys,

ROBERT CLARK CORRENTE
United States Attorney

Zechariah Chafee

ZECHARIAH CHAFEE
Assistant U.S. Attorney

CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify that on the 11th day of July, 2006, I mailed a true copy of the Government's Objection to Defendant's Motion to Modify Sentence by ordinary mail and postage prepaid, to:

Edward C. Roy, Jr.
Assistant Federal Defender
Federal Public Defender's Office
10 Weybosset Street, Suite 300
Providence, RI 02903

Paula Hosey

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| | : | |
| **v.** | : | **1:05-CR-127ML** |
| | : | |
| **PAUL NICKERSON, JR.** | : | |
| | : | |

**MEMORANDUM IN SUPPORT OF THE GOVERNMENT'S OBJECTION TO DEFENDANT'S MOTION TO MODIFY SENTENCE**

Defendant Nickerson has moved for a modification of his sentence of nine months in the work release program at the Rhode Island ACI. He seeks release to home confinement so that he will not have to pay to the ACI the standard $400 required of prisoners on work release and can contribute this amount toward the approximately $1500 he owes for restitution. The government objects to defendant's motion for such a modification.

However the government proposes an alternative. According to United States Probation Officer Kate Hopkins, who is handling the Nickerson case, the ACI will agree to waive the $400 a month payment if the Court directs that the payment be made toward restitution on the criminal case. This would keep Nickerson in the work release program until he has made full restitution. This would be more likely to insure the payments are made.

The court said at sentencing that it would consider

shortening defendants period of supervised release once restitution is made in full. Defendant can make another motion when he has made full restitution.

Respectfully submitted,
ROBERT CLARK CORRENTE
United States Attorney

ZECHARIAH CHAFEE
Assistant U.S. Attorney

**CERTIFICATE OF SERVICE**

I hereby certify that on this 11th day of July, 2006, I served by first class mail, postage prepaid, a copy of the within Memorandum in Support of the Government's Objection to Defendant's Motion to Modify Sentence to the following:

Edward C. Roy, Jr.
Assistant Federal Defender
Federal Public Defender's Office
10 Weybosset Street, Suite 300
Providence, RI 02903