RECEIVED
JUL 14 2006
Property of U.S. District Court
District of Rhode Island

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA :

vs. : CR 05-127 ML

PAUL .NICKERSON :

ORDER

The within matter is before the Honorable Court, the Honorable Mary M. Lisi, United States District Judge, presiding, on July 13, 2006 for hearing on the defendant's motion to modify conditions of supervised release.

After hearing and consideration thereon, it is hereby:

ORDERED, ADJUDGED AND DECREED

1. The Court orders that the subsistence payments paid by the defendant to the Bureau of Prisons, Office of CCM, shall immediately be reduced to the sum of two hundred dollars ($200.00) per month.

2. The defendant shall immediately begin paying the sum of three hundred dollars ($300.00) per month toward his outstanding restitution balance.

3. In the event that the defendant completely satisfies his restitution obligation prior to the expiration of his sentence, the Court shall entertain a motion to eliminate any further incarceration and supervised release.

So ordered:

Mary M. Lisi 7/17/06
Honorable Mary M. Lisi
United States District Judge

Clerk: Barbara Barletta

CERTIFICATION

I hereby certify that I hand-delivered a copy of the within to Zechariah Chafee, AUSA and to Kathleen Hopkins, USPO on the 13th day of July, 2006.