UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| VS. | : | 1:05-CR-127ML |
| PAUL NICKERSON, JR. | : | |

## MOTION TO END SUPERVISED RELEASE

NOW COMES the defendant, Paul Nickerson, Jr. by his attorney and moves this Honorable Court to release the defendant from incarceration and supervised release. In support of this motion, counsel states that the defendant has completed the requirements of his supervised release and paid his restitution to the Clerk of the Court on July 25, 2006.

WHEREFORE, the defendant respectfully requested that he be released from incarceration from the Adult Correctional Institution and that his supervised release be ended.

Respectfully Submitted,

Edward C. Roy, Jr.
Assistant Federal Defender
Federal Public Defender Office
10 Weybosset Street, Suite 300
Providence, RI 02903
(401) 528-4281

CERTIFICATION

I hereby certify that on this 26th day of July, 2006, I hand-delivered a true copy of the within motion to Zechariah Chafee, AUSA, Office of the United States Attorney, 50 Kennedy Plaza, 8th Floor, Providence, RI 02903; Kate Hopkins, USPO, Exchange Terrace, Providence, RI 02903.