IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA :
:
vs. : CR.NO.06-006
:
PAUL NICKERSON, JR. :

GOVERNMENT'S RESPONSE TO DEFENDANT'S
MOTION TO END SUPERVISED RELEASE

Comes now the United States of America, by and through its attorneys, Robert Clark Corrente, United States Attorney, and Zechariah Chafee, Assistant United States Attorney, and hereby has no objection to the defendant's Motion To End Supervised Release.

Respectfully submitted,

UNITED STATES OF AMERICA,

By its Attorneys,

ROBERT CLARK CORRENTE
United States Attorney

Zechariah Chafee

ZECHARIAH CHAFEE
Assistant U.S. Attorney

CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify that on the 27th day of July, 2006, I mailed a true copy of the Government's Response to Defendant's Motion To End Supervised Release by ordinary mail and postage prepaid, to:

Edward C. Roy, Jr.
Federal Defender's Office
10 Weybosset Street, Suite 300
Providence, RI 02903

Paula Hasey